# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH FIUMANO, for  
himself and all others similarly situated,  
    Plaintiff,  

v.  

METRO DINER MANAGEMENT LLC, et al.,  
    Defendants.

: CIVIL ACTION
: NO. 17-465

## **ORDER**

**AND NOW**, this _10th_ day of April, 2018, it is **ORDERED** that Plaintiff's Motion for Order Authorizing Notice to Similarly Situated Persons Pursuant to 29 U.S.C. § 216(b) (ECF No. 45) is **GRANTED IN PART** and **DENIED IN PART** as follows:

- Conditional certification is **GRANTED** as to Count I of the Amended Complaint;

- Conditional certification is **GRANTED** as to the portion of Count II of the Amended Complaint regarding the distribution of the tip pool proceeds to Hosts and Bussers;

- Conditional certification is **DENIED** as to the portion of Count II of the Amended Complaint regarding the distribution of the tip pool proceeds to non-tipped kitchen staff, managers or the "house";

- Conditional certification is **DENIED** as to Count IV of the Amended Complaint;

- Plaintiff's request that Defendant be ordered to refrain from communication with any Class member concerning this lawsuit is **DENIED WITHOUT PREJUDICE**; and

- The authorization of the sending of court-approved notice is **DENIED WITHOUT PREJUDICE** pending further briefing and a new proposed notice by Plaintiff, pursuant to a separate order.[1]

                                                                  s/Anita B. Brody

                                                          _____
                                                          ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:

---

[1] The Court will address Plaintiff's proposed notice dissemination plan and the appointment of Class Counsel following the receipt of Plaintiff's additional briefing.