IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FIUMANO, for himself and all others similarly situated,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>METRO DINER MANAGEMENT, LLC, et al.,<br>　　　　Defendants. | :<br>:<br>:<br>:　CIVIL ACTION<br>:　No. 17-465<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW,** this 5th day of May, 2022, it is **ORDERED** that Defendants' Motion For Sanctions (ECF No. 186) is **GRANTED in part** and **DENIED in part**:

- The motion for sanctions is **GRANTED** because it is unopposed as to Opt-In Plaintiffs Michael Aninger, Kahli Rauf, and Cheyenne Coe and they are **DISMISSED** from suit.

- The motion for sanctions is **DENIED** as to Opt-In Plaintiffs Kelley Anderton, Alton Mitchell, and Anicia Sweeney.

　　　　　　　　　　　　　　　　　　　　s/ANITA B. BRODY, J.
　　　　　　　　　　　　　　　　　　　　‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
　　　　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.

Copies **VIA ECF**

1