IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH FIUMANO, for himself and all others similarly situated, | : : : | |
| Plaintiff, | : : | CIVIL ACTION No. 17-465 |
| v. | : : | |
| METRO DINER MANAGEMENT, LLC, et al., | : : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 7th day of July, 2022, it is **ORDERED** that:

- Plaintiffs' Motion to Strike Exhibits 1-3 from Defendants' Summary Judgment Motion (ECF No. 189) is **DENIED**.

- Plaintiffs' Second Motion to Strike (ECF No. 199) the declarations of the thirty-five Metro Diner Managers and Servers is **DENIED**.

- To cure the prejudice Plaintiffs would suffer from Defendants' failure to supplement their Rule 26 disclosures regarding the thirty-five Metro Diner Managers and Servers, discovery is reopened solely related to the thirty-five Metro Diner Managers and Servers. A conference will be scheduled to discuss the length of the discovery period.

s/ANITA B. BRODY, J.
_____
ANITA B. BRODY, J.

Copies **VIA ECF**