IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FIUMANO, for himself and all others similarly situated,<br>　　　　Plaintiff,<br><br>　　v.<br><br>METRO DINER MANAGEMENT, LLC, et al.,<br>　　　　Defendants. | CIVIL ACTION<br>No. 17-465 |

## ORDER

**AND NOW,** this 7th day of February, 2023, it is **ORDERED** that:

- Plaintiffs' motion for summary judgment on the FLSA tip pool claim is **DENIED**.

- As to the tip pool claim relating to Hosts, Defendants' motion for partial summary judgment is **GRANTED**.

- As to the tip pool claim relating to Bussers, Defendants' motion for partial summary judgment is **DENIED**.

- Plaintiffs' motion for summary judgment on the FLSA 80/20 claim is **DENIED**.

- Defendants' motion for partial summary judgment to dismiss claims against CHG, John Davoli, Sr., and Mark Davoli is **GRANTED**.  Defendants' motion for partial summary judgment to dismiss claims brought by employees employed at any Metro Diner restaurants not including the original three restaurants against MD Original is **GRANTED**.

- Defendants' motion for partial summary judgment to dismiss any opt-in Plaintiffs who worked in Nevada is **GRANTED**.  Parties must investigate which opt-in Plaintiffs worked at a Nevada Metro Diner location and were therefore paid in

1

accordance with Nevada state law. Parties must submit evidence related to the employment of those opt-in Plaintiffs at the Final Pretrial Conference.

s/ ANITA B. BRODY, J.
_____
ANITA B. BRODY, J.

Copies **VIA ECF**