IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FIUMANO, for himself and all others similarly situated,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>METRO DINER MANAGEMENT, LLC, et al.,<br>　　　　　Defendants. | :<br>:<br>:<br>:   CIVIL ACTION<br>:   No. 17-465<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW,** this 13th day of July, 2023, it is **ORDERED** that Defendants' Motion for Reconsideration (ECF No. 250) is **GRANTED**. It is **FURTHER ORDERED** that Defendants' Motion for Partial Summary Judgment (ECF No. 187) on the FLSA tip pool claim is **GRANTED**.

　　　　　　　　　　　　　　　　　s/ANITA B. BRODY, J.
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANITA B. BRODY, J.

Copies **VIA ECF**

1