IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH FIUMANO, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 17-465 |
| v. | : | |
| | : | |
| METRO DINER | : | |
| MANAGEMENT LLC, et al., | | |
| Defendants. | : | |

**EXPLANATION AND ORDER**

The parties to this FLSA collective action reached a settlement. Without admitting any liability, Defendants agree to pay: a sum for damages that will be distributed among the 243 Plaintiffs under a specified formula; a service award to the Named Plaintiff; and attorneys' fees and cost reimbursement to Class Counsel. I permitted the parties to file their request for approval of the settlement with certain redactions and under seal to preserve confidentiality as to the amount of the fund. At my direction, Class Counsel also provided notice to the 243 Opt-In Plaintiffs and an opportunity to be heard as to the proposed terms. None of them voiced any objection to the proposal. *See* ECF No. 268.

Having reviewed the proposed Settlement Agreement and all related documents, and considering the response of the Opt-In Plaintiffs, I find that the Parties' settlement in this action is a fair and reasonable resolution of a *bona fide* dispute of claims under the FLSA.

1

**AND NOW,** this 29th day of November, 2023, upon consideration of the Joint Motion for Approval of the Parties' FLSA Settlement Including Attorneys' Fees, Costs, and Service Award and accompanying documents (ECF Nos. 264 & 265), it is **ORDERED** that:

1. The Parties' Joint Approval Motion is **GRANTED**;

2. The Court **APPROVES** the proposed Settlement Notice, fund distribution method, allocation of damages, fees, and costs, and the releases provided in the Settlement Agreement; and

3. This action is **DISMISSED WITH PREJUDICE**, with leave to reinstate for settlement enforcement purposes within 90 days after the Settlement Notices and Settlement Checks are issued pursuant to the terms of the Settlement Agreement.[1]

The Clerk of Court is directed to mark this case closed.

s/ANITA B. BRODY, J.<br>
_____<br>
ANITA B. BRODY, J.

---

[1] The Court will retain jurisdiction over this matter for 180 days from the date of this Order for purposes of enforcing the Settlement.